2 So.3d 1114 (2009)
Luis ROMERO, Appellant,
v.
The STATE of Florida, Appellee.
No. 3D08-860.
District Court of Appeal of Florida, Third District.
February 18, 2009.
Kurt R. Klaus, Jr., Miami, for appellant.
Bill McCollum, Attorney General, and Heidi Milan Caballero, Assistant Attorney General, for appellee.
Before ROTHENBERG, LAGOA, and SALTER, JJ.
PER CURIAM.
Affirmed. See Davis v. State, 703 So.2d 1055, 1060 (Fla.1997); Sochor v. State, 619 So.2d 285, 290 (Fla.1993).